JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Ste. 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Encompass Home & Auto
Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD G. HILL,<br><br>Plaintiff,<br><br>vs.<br><br>ENCOMPASS HOME & AUTO INSURANCE COMPANY,<br><br>Defendants. | CASE NO.: 3:18-cv-00417<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff RICHARD G. HILL and Defendant ENCOMPASS HOME & AUTO INSURANCE COMPANY, by and through their respective counsel, that Plaintiff RICHARD HILL's action against Defendant ENCOMPASS HOME & AUTO INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

///

///

///

There has been no trial date set in this case.

DATED this 4 day of March, 2019.    DATED this 1st day of April, 2019.

K E A T I N G LAW GROUP

_____    _____
JOHN T. KEATING                    CARL M. HEBERT, ESQ.
Nevada Bar No.: 6373               Nevada Bar No.: 250
9130 W. Russell Road, Ste. 200     202 California Avenue
Las Vegas NV 89148                 Reno NV 89509
Attorney for Defendant             Attorney for Plaintiff
*Encompass Home & Auto Insurance*  *Richard G. Hill*
*Company*

ORDER

IT IS SO ORDERED that Plaintiff RICHARD G. HILL's action against Defendant ENCOMPASS HOME & AUTO INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 4 day of April, 2019.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

K E A T I N G LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Encompass Home & Auto*
*Insurance Company*